# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MORGAN ALLEN ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D24-223

_____

April 12, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

PER CURIAM.

    Affirmed.

CASANUEVA, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.